————o————

THE COUNTY OF CALDWELL at the relation of THE COUNTY COURT OF SAID COUNTY, Appellant, vs. THE HANNIBAL & ST. JOSEPH RAILROAD COMPANY, Respondent.

1. Livingston County vs. Hann. & St. Joe. R. R., *ante* p. 516, affirmed.

*Appeal from Caldwell Circuit Court.*

*Crosby Johnson & M. A. Low,* for Appellant.

*James Carr,* for Respondent.

NAPTON, Judge, delivered the opinion of the court.

This case involves precisely the same questions involved in the case of Livingston County vs. The Hann. & St. Joe. R. R. Co., decided at the present term; and the same disposition will be made of the case.

Judgment reversed and case remanded.